**VITA–MIX CORPORATION, Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**K–TEC, Inc., Appellee.**

No. 2012–1024.

United States Court of Appeals, Federal Circuit.

Sept. 5, 2012.

Jeremy W. Dutra, Squire, Sanders & Dempsey, LLP, of Washington, DC, argued for appellant. With him on the brief were Alan L. Briggs and Rachael A. Harris.

Amy J. Nelson, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and William Lamarca, Associate Solicitor.

L. Grant Foster, Holland & Hart, LLP, of Salt Lake City, UT, argued for appellee K–TEC, Inc. With him on the brief were Brett L. Foster and Mark A. Miller.

Before NEWMAN, LOURIE, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**